JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>          Plaintiff,<br><br>v.<br><br>EHAB YACOUB;<br>LORINE MIKHEAIL; and Does 1-10,<br><br>          Defendants. | Case: 2:14-CV-8911-PA (MRWx)<br><br>**ORDER** |

    This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 21, 2015

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE

**JS-6**

1